UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUVENAL DEANDA, | ) | 1:06-CV-01597 AWI SMS HC |
|         Petitioner, | ) | |
| v. | ) | FINDINGS AND RECOMMENDATION |
| JEFF WRIGLEY, Warden, | ) | |
|         Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 26, 2006, Petitioner filed a federal petition for writ of habeas corpus in this Court. This petition was assigned case number "1:06-CV-1522 AWI DLB HC."

On November 8, 2006, Petitioner filed a second federal petition for writ of habeas corpus in this Court. This petition was assigned case number "1:06-CV-1597 AWI SMS HC."

The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical. In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative.

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten (10) court days (plus three days if served by mail) after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:  November 29, 2006**                  /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE