UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL DEANDA,<br><br>                    Petitioner,<br><br>     v.<br><br>JEFF WRIGLEY, Warden,<br><br>                    Respondent. | 1:06-CV-01597 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #4]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

   Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   On November 30, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED as duplicative.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order.  Over ten (10) days have passed and no party has filed objections.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

1 and Recommendation is supported by the record and proper analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1. The Findings and Recommendation issued November 30, 2006, is ADOPTED IN FULL;

4       2. The petition for writ of habeas corpus is DISMISSED; and

5       3. The Clerk of the Court is DIRECTED to close this file.

7 IT IS SO ORDERED.

8 **Dated:**   **January 21, 2007**           **/s/ Anthony W. Ishii**
0m8i78                               UNITED STATES DISTRICT JUDGE